**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TRUSTEES OF THE ASBESTOS WORKERS LOCAL NO. 25 WELFARE FUND; TRUSTEES OF THE ASBESTOS WORKERS LOCAL NO. 25 DEFINED BENEFIT PENSION FUND; TRUSTEES OF THE ASBESTOS WORKERS LOCAL NO. 25 DEFINED CONTRIBUTION PENSION FUND; TRUSTEES OF THE ASBESTOS WORKERS LOCAL NO. 25 SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND; TRUSTEES OF THE ASBESTOS WORKERS LOCAL NO. 25 APPRENTICESHIP TRAINING FUND; TRUSTEES OF THE INSULATORS INDUSTRY WIDE LABOR-MANAGEMENT COMMITTEE AND LOCAL UNION NO. 25, INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS AND ASBESTOS WORKERS,

        Plaintiffs,

v.

INDUSTRIAL WASTE CLEANUP, INC., a Michigan corporation and JUAN A. QUIROZ, an individual d/b/a Industrial Waste Cleanup, Inc., jointly and severally,

        Defendants.
_____/

Case No. 07-14544
HON. PATRICK J. DUGGAN

## ORDER FOR DEFAULT JUDGMENT

At a session of said Court, held in the City
of Detroit, County of Wayne, Michigan,
on: <u>April 2, 2008.</u>

PRESENT: HON<u>. PATRICK J. DUGGAN</u>
                      U.S. District Court Judge

This matter having come before the Court on Plaintiffs' Motion for Entry of Default Judgment, and the Court being fully advised in the premises, therefore;

IT IS ORDERED that Plaintiffs shall have judgment against Defendant Industrial Waste Cleanup, Inc. in the amount of $6,631.53 which includes $4,420.45 in delinquent contributions and $2,211.08 in liquidated damages and audit costs, as revealed by the audit.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this matter pending satisfaction of this judgment and/or compliance with any additional orders.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: April 2, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 2, 2008, by electronic and/or ordinary mail.

       s/Marilyn Orem
       Case Manager